STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
JOSEPH S. QUIGG

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. QUIGG, <br><br> Plaintiff, <br><br> v. <br><br> LOCATELLI PROPERTIES III, LLC, FREEHOUSE BREWING & RESTAURANTS, LLC dba BONESIO LIQUORS and DOES 1 through 11 and 12-20, Inclusive, <br><br> Defendants. | CASE NO.   5:19-cv-07297-NC <br><br> Civil Rights <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

    Plaintiff JOSEPH S. QUIGG by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case. This dismissal shall be without prejudice, with each side to bear its own costs and fees.

| | |
|---|---|
| 1  Date: December 23, 2019 | DERBY, McGUINNESS & GOLDSMITH, LLP |
| 2 | */s/ Steven L. Derby* |
| 3 | By Steven L. Derby, Esq.<br>Attorneys for Plaintiff<br>JOSEPH S. QUIGG |

- 2 -
DISMISSAL OF ENTIRE CASE